Justin S. Pierce (State Bar #022646)
Victoria Torrilhon (State Bar #028735)
**JACKSON LEWIS LLP**
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016
Tel. (602) 714-7044
Fax (602) 714-7045
Justin.Pierce@jacksonlewis.com
Victoria.Torrilhon@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tien Pham,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Grand Canyon University, Inc.,<br><br>　　　　　Defendant. | Case No. 2:12-cv-01626-PHX-SRB<br><br>**NOTICE OF SETTLEMENT** |

　　　　Defendant gives notice that the parties have reached a settlement in this matter. The parties will file a stipulation to dismiss with prejudice shortly.  In light of the settlement, Defendant requests that the Court vacate the Rule 16 conference currently set for Monday, October 22, 2012.

　　　　DATED this 17th day of October, 2012.

　　　　　　　　　　　　　　　　　　JACKSON LEWIS LLP

　　　　　　　　　　　　　　　　　　By /s/Victoria Torrilhon
　　　　　　　　　　　　　　　　　　　　Justin S. Pierce
　　　　　　　　　　　　　　　　　　　　Victoria R. Torrilhon
　　　　　　　　　　　　　　　　　　　　2398 E. Camelback Rd., Suite 1060
　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85016
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Grand
　　　　　　　　　　　　　　　　　　　　Canyon University, Inc.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Peter K. Strojnik, Esq.
The Strojnik Firm, L.L.C.
Esplanade Center III Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Attorneys for Plaintiff


/s/ Karen M. Chenowth


4841-6269-9025, v. 1