IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tien Pham,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Grand Canyon University, Inc.,<br><br>　　　　　Defendant. | O R D E R<br><br>No. CIV-12-1626-PHX-SRB |

On October 18, 2012, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed with prejudice within 30 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date. As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case with prejudice.

DATED this 20th day of November, 2012.

_____
Susan R. Bolton
United States District Judge